## Carletos S. Donaldson, Appellee, v. Beulah Reynolds, Appellant.

Heard in this court at
the February term, 1944; opinion filed February 28, 1944. David V.
Lansden, for appellant; Chas. L. Rice, for appellee. Opinion by PRESID-
ING JUSTICE CULBERTSON. Not to be published in full.

## Peter Zanter, Appellee, v. Evan Todd, Appellant.

Heard in this court at the
February term, 1944; opinion filed February 28, 1944. J. H. Clayton
and H. F. Knox, for appellant; Nealy I. Glenn, for appellee. Opinion
by JUSTICE BRISTOW. Not to be published in full.